Arcolina Panto, Esq. (SBN: 235786)
LAW OFFICES
166 Santa Clara Avenue
Oakland, CA 94610
(510) 658-2500
arcolinapanto@gmail.com

Attorneys for Plaintiff
TEQUILA JOHNSON-TAYLOR

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEQUILA JOHNSON-TAYLOR,<br><br>Plaintiff<br><br>vs.<br><br>MEDICAL HILL REHABILITATION CENTER, L.L.C., a business entity; KINDRED HEALTHCARE OPERATING INC., a business entity; JEFF LAMBKIN, an individual; MARGOT NIJSURE, an individual; BARBARA DONHOE, an individual; LOUVELLA PABUSTAN, an individual; KAREN TATE, an individual; AVERY BURHMAN, an individual; and DOES 1-20,<br><br>Defendants. | Case No. CV11-0702EDL<br><br>Removed Case: Alameda County Superior Court Case No.: RG10529594<br><br>Removed February 15, 2011<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL** |

NOTICE IS HEREBY GIVEN that Plaintiff requests a dismissal of the entire action of all parties and all causes of action pursuant to the terms of the Settlement met as put on record the date of the Judicial Settlement Conference, August 25, 2011.

Dated: September __



IT IS SO ORDERED
Judge Elizabeth D. Laporte

By :/s/Arcolina Panto_____
Attorneys for Plaintiff
TEQUILA JOHNSON-TAYLOR

Case No. CV11-0702EDL

PLAINTIFF'S REQUEST FOR DISMISSAL